IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:05CV02440-RBW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAIMLERCHRYSLER CORPORATION ) | |
| ) | |
| Defendant. ) | |

**MOTION ON CONSENT TO ENTER CONSENT DECREE**

Plaintiff, the United States of America, hereby moves this Court to approve, sign and enter as a final judgment the Consent Decree which was lodged with this Court on December 21, 2005, and in support thereof states as follows.

1. The proposed Decree resolves the United States' claims against DaimlerChrysler Corporation ("Chrysler") for injunctive relief and civil penalties under the Clean Air Act, as amended, 42 U.S.C. § 7401 et seq. (the "Act"), arising from the company's failure to file emission-defect information reports with the U.S. Environmental Protection Agency ("EPA") with respect to certain model year 1996-2001 Jeep, Dodge Ram, and Dodge Dakota vehicles equipped with potentially defective catalytic converters (the "Catalyst Defect").

2. The proposed Consent Decree settles these claims through Chrysler's agreement to pay $1 million in civil penalties, to perform a supplemental environmental project at a cost of not less than $3 million, and to implement enhanced emission-related defect reporting procedures. The Consent Decree also includes remedial provisions to address certain emission-related defects, including extending the warranty covering repair of the Catalyst Defect and a recall to correct a separate defect in the computer-based on-board diagnostic system in certain

-2-

Chrysler vehicles, resolving potential EPA administrative claims with respect to these defects.

3. Pursuant to 28 C.F.R. § 50.7, notice of the Consent Decree was published in the Federal Register on December 21, 2005, 71 Fed. Reg. 618. The United States received no comments in response to the Federal Register notice.

5. The undersigned counsel for the United States has contacted counsel for Chrysler who has stated that Chrysler consents to this motion and does not object to the entry of the Consent Decree.

6. The Consent Decree, executed by the parties, was attached to the Notice of Lodging which was filed with the Court on December 21, 2005. The Court's signature line appears at p. 30 of the lodged Decree. A Memorandum of Points and Authorities in Support of Motion to Enter Consent Decree accompanies this motion.

Dated: February 24, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resource Division

By:   **/s/ Thomas P. Carroll**
THOMAS P. CARROLL, D.C. Bar # 388593
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611
Washington, D.C., 20044
Tel. (202) 514-4051
Fax. (202) 514) 2583
thomas.carroll@usdoj.gov

-3-

OF COUNSEL
JACQUELINE ROBLES WERNER
Attorney, Air Enforcement Division
Office of Civil Enforcement
Office of Enforcement and Compliance Division
1200 Pennsylvania Avenue, N.W.
Mailcode 2242A
Washington, D.C. 20004