IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV02440-RBW |
| **DAIMLERCHRYSLER CORPORATION**, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a) of the United States District Court for the District of Columbia, Patrick D. Traylor, Esq. hereby enters his appearance on behalf of Defendant DaimlerChrysler Corporation.

Respectfully submitted,

*/s/ Patrick D. Traylor*

PATRICK D. TRAYLOR
HOGAN & HARTSON LLP
555 13th St., N.W.
Washington, DC 20004
DC Bar Number 449350

Dated: February 28, 2006