## APPENDIX A

## EXTENDED WARRANTY, CATALYST INSPECTION AND REPLACEMENT, AND OWNER REIMBURSEMENT PROGRAM

DCC shall implement an Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program as follows:

1.    Extension of Warranty.  DCC shall extend the Catalytic Converter warranty provided pursuant to Section 207(i)(2) of the Act for each of the vehicles specified in Paragraph 2 of this Appendix A ("Extended Warranty Vehicles") to the latest date that is:  (a) ten years from the date the vehicle was placed in service or 120,000 miles, whichever is first; (b) one year from the date of the Owner Notification Letter sent pursuant to Paragraph 15 of this Appendix A; or (c) two years from the date of the Owner Notification Letter sent pursuant to Paragraph 15 of this Appendix A if the Extended Warranty Vehicle is presented for service as a result of a failed California SMOG check or an Inspection and Maintenance ("I/M") test required under a State Implementation Plan due to a defective Original Design Catalytic Converter. Notwithstanding the foregoing, DCC shall extend the warranty provided pursuant to the Act for the non-California certified 2000 MY 5.9L (EMM) and 8.0L Heavy-Duty Dodge Ram Pickup Truck (BR/BE) to the latest date that is:  (a) the end of the warranty provided pursuant to the Act; or (b) twelve months from the date of the Owner Notification Letter sent pursuant to Paragraph 15 of this Appendix A.  If the date the vehicle was placed in service is not known, the warranty period for that vehicle shall begin on April 1 of the calendar year that is the same as the model year.  DCC shall afford the benefits of the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program of this Appendix A to the current owner of

the Extended Warranty Vehicle, without regard to whether the owner is an initial or a subsequent purchaser of the vehicle.

      2.    Vehicles Included in the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program. The following vehicles, that according to DCC warranty records have the Original Design Catalytic Converter, shall be included in the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program:

Model Year

| | |
|---|---|
| 1996 | 2.5L Jeep® Cherokee (XJ) |
| 1996 | 3.9L Dodge Ram Van/Wagon (AB) and Ram Pickup Truck (BR) |
| 1996 | 5.2L Dodge Ram Pickup Truck (BR) |
| 1996 | 5.9L (EML) Dodge Ram Pickup Truck (BR) |
| 1997 | 3.9L Dodge Ram Van/Wagon (AB), Dakota (AN), and Ram Pickup Truck (BR) |
| 1998 | 3.9L Dodge Ram Pickup Truck (BR) |
| 1999 | 3.9L Dodge Dakota (AN) |
| 1999 | 5.2L Dodge Ram Pickup Truck (BR/BE) |
| 2000 | 5.9L (EMM) Heavy-Duty Dodge Ram Pickup Truck (BR/BE) (NAA) |
| 2000 | 8.0L Heavy-Duty Dodge Ram Pickup Truck (BR/BE) (NAA) |

      3.    An owner may submit an Extended Warranty claim by bringing a vehicle to any Dealer authorized by DCC to service that model vehicle.

      4.    DCC shall inspect and evaluate the Catalytic Converter in accordance with the Catalytic Converter Inspection Procedure set forth in the applicable Technical Service Bulletin (Attachment 5A or 5B to Appendix A) for each Extended Warranty Vehicle that is presented to a DCC Dealer during the Extended Warranty period described in Paragraph 1 of this Appendix A where:

          a.    the owner presents a copy of the Vehicle Owner Notification Letter; or

      b.     the owner requests inspection or repair due to a rattle or noise from the underside of the vehicle.

      5.     DCC shall replace the Original Design Catalytic Converter if:

      a.     The Catalytic Converter substrate material rattles, or is loose, deteriorated, broken into pieces, or missing;

      b.     The vehicle is presented with an illuminated MIL and a catalyst efficiency code of P0420 has been set by the OBD system; or

      c.     The vehicle is presented with proof of a tailpipe emissions failure from a California SMOG or an I/M test, and the MIL is either not illuminated, or the MIL is illuminated and a catalyst efficiency code of P0420 has been set by the OBD system.

      6.     The Catalytic Converters used as replacements under the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program shall be New DCC OEM Catalytic Converters. As part of any Catalytic Converter replacement, DCC also shall perform all other associated work to ensure proper installation and operation of the Catalytic Converter. DCC shall make all inspections or repairs under the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program within sixty days of the presentation of the vehicle to a DCC repair facility. DCC's notifications to Dealers regarding the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program shall advise Dealers that the inspections and repairs must be performed within sixty days of an owner's presentation of the vehicle. DCC shall ensure that an adequate inventory of replacement parts for repairs under the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program is readily available to DCC Dealers. If DCC is unable to make all

-3-

inspections and repairs to a vehicle that is covered under the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program within sixty days after the initial presentation of the vehicle to a Dealer, then the owner shall be entitled to have the inspections and repairs performed at DCC's expense by any licensed repair facility of the owner's choosing.

       7.     Expenses of Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program. DCC shall provide the inspection, diagnosis, adjustment, repair services, and associated taxes for the Catalytic Converter, as required by this Appendix, free of charge to vehicle owners.

       8.     Any cost obligation of any DCC Dealer authorized by and incurred consistent with DCC's Warranty Bulletin and Technical Service Bulletin as a result of making any inspection, repair, adjustment or replacement under the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program shall be borne by DCC. DCC shall not transfer any such cost obligation to any vehicle owner.

       9.     Warranty on Replacement Catalytic Converters. Any replacement Catalytic Converter installed on an Extended Warranty Vehicle under this Appendix A shall have a warranty that extends to the latest date that is: (a) for light-duty vehicles, eight years or 80,000 miles from the date the vehicle was placed in service, whichever is first; (b) for heavy-duty vehicles, five years or 50,000 miles from the date the vehicle was placed in service, whichever is first; or (c) twelve months or 12,000 miles from the date of installation, whichever is first.

       10.     Reimbursement for Unpaid Expenses for Repair Covered by Warranty. DCC shall reimburse all reasonable expenses, including the costs of parts and labor for

inspection and repair of the Catalytic Converter, to all Extended Warranty Vehicle owners who, prior to the date five days after the date of the Owner Notification Letter, paid for a repair involving replacement of the catalyst within the applicable warranty period and have proof of such payment. DCC shall provide each owner of an Extended Warranty Vehicle a copy of the applicable Owner Reimbursement Questions & Answers in Attachments 1A or 1B to this Appendix A.

11.    DCC shall establish reimbursement procedures for processing reimbursement claims under this Consent Decree providing for reimbursement within a reasonable time, not to exceed sixty days from the time the reimbursement claim is received. If DCC has any question regarding the validity of the reimbursement claim, DCC's reimbursement procedures shall provide for a prompt final decision to be communicated by DCC to the owner within forty-five days from receipt of the claim, so that the vehicle owner can take steps to appeal the denial.

12.    Within the forty-five-day time period specified in Paragraph 11 of this Appendix, DCC shall:

a.    Notify the owner that it will honor the reimbursement claim and will pay the claim; or

b.    provide the owner, in writing, with an explanation of the basis upon which the claim is being denied and a notice that the owner may obtain further information concerning the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program under this Consent Decree or report violations of the terms of the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program by contacting:

-5-

Director, Air Enforcement Division
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W. (2242A)
Washington, D.C. 20460
(202) 564–2260.

13.   Failure by DCC to notify an owner about a decision on a claim within the required time period shall result in such claim being deemed valid.

14.   Any claim deemed valid pursuant to Paragraph 13 of this Appendix, and not paid within sixty days of the end of the time period specified in Paragraph 11, shall be subject to a penalty equal to and in addition to the amount of the claim submitted and shall be paid to the owner within thirty days.

15.   Vehicle Owner Notification Letter.  Commencing sixty days after the Effective Date of this Consent Decree, DCC shall use diligent efforts to send an Owner Notification Letter to each Extended Warranty Vehicle owner. "Diligent effort," for purposes of this Paragraph, shall include the use of commercial services, such as R.L. Polk Company, or other customary practices in the industry to identify and locate vehicle owners.  The Owner Notification Letter shall be sent through the United States mail, first class.  The Owner Notification Letter shall be in the form provided for in Attachment 2A and 2B to this Appendix A.  Each notice shall be accompanied by a postage-paid card to be used in the event the vehicle has been sold, retired, or otherwise removed from service, in the form provided in Attachment 3.

16.   Dealer Notification Letter.  Prior to or concurrently with sending the Owner Notification Letters, DCC shall send Warranty and Technical Service Bulletins, as set forth in Attachments 4A, 4B, 5A, and 5B to each DCC Dealer.  The Warranty and Technical Service Bulletins shall be sent through the DCC Electronic Distribution System.  In addition, within

-6-

forty-five days of the Effective Date, DCC shall place the Warranty and Technical Service Bulletins on its computerized Dealer Notification System and shall distribute the Technical Service Bulletin to any Technical Service Bulletin subscribers other than DCC Dealers.

      17.    Copies of Letters to the United States.  DCC shall send to the United States, as specified in Section V (Reporting) of this Consent Decree, a representative copy of each communication directed to vehicle owners and dealers under the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program including, but not limited to, the Owner Notification Letter and the Dealer Notification Letter.  Such representative copies shall be mailed to the United States at the same time they are sent to the vehicle owners or dealers.  DCC shall submit a report to the United States confirming the distribution or mailing of the Warranty Bulletin and Technical Service Bulletins or other correspondence to vehicle owners or DCC dealers within thirty days of completion of the mailing.

      18.    Maintenance of Records.  DCC shall maintain records regarding the implementation of the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program in a form suitable for inspection, such as computer information storage devices or card files, and which shall be made available to the United States upon request, including:

      a.    name and address of vehicle owners to whom notification was given and that owner's vehicle identification number;

      b.    the date range of owner notification; and

      c.    the vehicle identification number for vehicles on which the Catalytic Converter was inspected and/or repaired under the Extended Warranty, Catalyst Inspection and

Replacement, and Owner Reimbursement Program, along with a description of any repair that was performed.

Records shall be retained for a period of no less than five years following the termination of this Consent Decree.

19.    Reports. DCC shall submit to the United States, on a quarterly basis for the first year and semi-annually thereafter, commencing with the first full quarter after the Effective Date of this Consent Decree and continuing through the termination date of this Consent Decree, a written report on the status of the Extended Warranty, Catalyst Inspection and Replacement, and Owner Reimbursement Program, including but not limited to:

   a.    the date notification began and date completed;

   b.    the number of vehicles inspected under the Program;

   c.    the number of vehicles where a Catalytic Converter was replaced under the Program;

   d.    listed by owner name and vehicle identification number:

        i.    owners who requested reimbursement for prior Catalytic Converter replacements;

        ii.    which of these requests were paid; and

        iii.    the date they were paid.

   e.    listed by owner name and vehicle identification number:

        i.    owners who requested reimbursement for prior Catalytic Converter replacements and were denied; and

        ii.    the date the owner was notified of the denial.

-8-

20.    In addition, following the first full quarter after the effective date of this Consent Decree, DCC shall submit a report stating the number of Warranty Bulletins and Technical Service Bulletins and Owner Notification Letters that were returned as undeliverable.

21.    Each report required above shall be submitted by DCC to the United States within thirty days after the end of the applicable reporting period.

## APPENDIX A - ATTACHMENT 1A
## (OWNER REIMBURSEMENT QUESTIONS AND ANSWERS)

Q:    My vehicle's catalytic converter was replaced but not at a DaimlerChrysler Corporation

dealership. Am I entitled to reimbursement consideration?

A:    Yes. If the repair was completed within the 10-year/120,000 mile limitation and prior to

the date of the owner notification letter.

Q.    Another related component in my vehicle had to be replaced as a direct result of this

repair. Is this other component covered?

A.    If the part is integral to the catalytic converter or would require catalytic converter

replacement if it were to fail, then it will be covered.

Q.    I was given a partial goodwill reimbursement by the dealer and/or the DaimlerChrysler

Corporation District Manager for the catalyst repair on my vehicle. Will consideration

now be given for reimbursement of the complete repair?

A.    Yes. The portion of the repair that was paid by the customer and not previously

reimbursed will be considered.

Q.    I have since sold my vehicle but still have the bill for the catalyst repairs. Am I still

eligible for reimbursement?

A.    Yes. As long as an original, legible, paid receipt, or a duplicate paid receipt can be

submitted reimbursement will be considered.

Q.    I have lost my receipt. Can I still get a reimbursement?

A.    Yes, as long as documentation can be furnished. The repairing facility should be contacted to see if a duplicate paid receipt can be obtained. Cancelled checks or credit card receipts should be submitted as further supporting documentation.

Q.    My vehicle was involved in an accident and the catalyst was damaged and had to be replaced. Is this replacement eligible for reimbursement?

A.    No. These repairs should be handled through your insurance company.

Q.    I have a DaimlerChrysler Corporation Service Contract on my vehicle and had to pay a deductible. Will DaimlerChrysler Corporation reimburse me the deductible that I paid?

A.    Yes. As long as the repair involved the catalyst it will be considered.

Q    I have a non-DaimlerChrysler Corporation service contract on my vehicle. Will DaimlerChrysler Corporation reimburse me the total amount of the repair?

A.    No. When a dealership sells their own in-house contracts a normal business risk is assumed. The dealer or their service contract company will not be reimbursed the cost of the repair.

-2-

# APPENDIX A - ATTACHMENT 1B
## (OWNER REIMBURSEMENT QUESTIONS AND ANSWERS)

Q:   My vehicle's catalytic converter was replaced but not at a DaimlerChrysler Corporation dealership. Am I entitled to reimbursement consideration?

A:   Yes. If the repair was completed prior to the date of the owner notification letter.

Q.   Another related component in my vehicle had to be replaced as a direct result of this repair. Is this other component covered?

A.   If the part is integral to the catalytic converter or would require catalytic converter replacement if it were to fail, then it will be covered.

Q.   I was given a partial goodwill reimbursement by the dealer and/or the DaimlerChrysler Corporation District Manager for the catalyst repair on my vehicle. Will consideration now be given for reimbursement of the complete repair?

A.   Yes. The portion of the repair that was paid by the customer and not previously reimbursed will be considered.

Q.   I have since sold my vehicle but still have the bill for the catalyst repairs. Am I still eligible for reimbursement?

A.   Yes. As long as an original, legible, paid receipt, or a duplicate paid receipt can be submitted reimbursement will be considered.

Q.   I have lost my receipt. Can I still get a reimbursement?

A.   Yes, as long as documentation can be furnished. The repairing facility should be contacted to see if a duplicate paid receipt can be obtained. Cancelled checks or credit card receipts should be submitted as further supporting documentation.

Q.    My vehicle was involved in an accident and the catalyst was damaged and had to be

replaced. Is this replacement eligible for reimbursement?

A.    No. These repairs should be handled through your insurance company.

Q.    I have a DaimlerChrysler Corporation Service Contract on my vehicle and had to pay a

deductible. Will DaimlerChrysler Corporation reimburse me the deductible that I paid?

A.    Yes. As long as the repair involved the catalyst it will be considered.

Q     I have a non-DaimlerChrysler Corporation service contract on my vehicle. Will

DaimlerChrysler Corporation reimburse me the total amount of the repair?

A.    No. When a dealership sells their own in-house contracts a normal business risk is

assumed. The dealer or their service contract company will not be reimbursed the cost of

the repair.

-2-

# APPENDIX A - ATTACHMENT 2A

Dear (Name):

This letter is to inform you that the warranty period on your vehicle's catalytic converter has been extended to 10 years/120,000 miles or until xxxx (insert date which is 12 months from the date of the letter), whichever is later.

In addition, if before xxxxx (insert date that is 2 years from the date of this letter), your vehicle fails either a California SMOG or Emissions Inspection and Maintenance (I/M) tailpipe test due to a defective catalytic converter, or an OBD test with a catalyst efficiency code (P0420), your catalytic converter will be replaced free of charge (parts and labor).  Bring a copy of the test results with this letter to your dealer.

DaimlerChrysler is extending the catalytic converter warranty period for your vehicle (VIN: xxxxxxxxxxxxxxxxx) because under certain conditions some catalytic converters may be subject to mechanical degradation that will produce a "rattling" sound or possibly lead your vehicle to fail a California SMOG test or Emissions Inspection and Maintenance (I/M) test in other areas of the country.

If your vehicle develops a "rattling" sound from the underside of the vehicle within the extended warranty period, simply contact your dealer. The catalytic converter will be inspected, and replaced if necessary, free of charge (parts and labor).

NOTE: This extended catalytic converter warranty does not include the replacement of other exhaust system components. If other exhaust system components require replacement, the associated repair costs are the owner's responsibility.

If you have any questions or concerns which your dealer is unable to resolve, please contact DaimlerChrysler at 1-800-992-1997.

If you have already experienced this condition and have paid to have it repaired within the extended warranty period but prior to xxxxx (insert date that is five days after date of letter), you may send your original receipts and/or other adequate proof of payment to the following address for reimbursement:

> DaimlerChrysler Customer Center
> P.O. Box 21-8004
> Auburn Hills, MI 48321-8004

Please help us update our records, by filling out the enclosed prepaid postcard, if any of the conditions listed on the card apply to you or your vehicle.  Be sure to print the last eight characters of your VIN (xxxxxxxx) and notification code E-YY on the postcard.

The enclosed "Owner Reimbursement Questions and Answers" may answer some questions you may have about the reimbursement program.

Please keep this letter with your vehicle's other warranty information for future reference if necessary.

Sincerely,
DAIMLERCHRYSLER CORPORATION
Enclosure: Owner Reimbursement Questions and Answers

## APPENDIX A - ATTACHMENT 2B

Dear (Name):

This letter is to inform you that the warranty period on your vehicle's catalytic converter has been extended until xxxx (insert date which is 12 months from the date of the letter).

DaimlerChrysler is extending the catalytic converter warranty period for your vehicle (VIN: xxxxxxxxxxxxxxxxx) because under certain conditions some catalytic converters may be subject to mechanical degradation that will produce a "rattling" sound or possibly lead your vehicle to fail a California SMOG test or Emissions Inspection and Maintenance (I/M) test in other areas of the country.

If your vehicle develops a "rattling" sound from the underside of the vehicle within the extended warranty period, simply contact your dealer. The catalytic converter will be inspected, and replaced if necessary, free of charge (parts and labor).

NOTE: This extended catalytic converter warranty does not include the replacement of other exhaust system components. If other exhaust system components require replacement, the associated repair costs are the owner's responsibility.

If you have any questions or concerns which your dealer is unable to resolve, please contact DaimlerChrysler at 1-800-992-1997.

If you have already experienced this condition and have paid to have it repaired within the extended warranty period but prior to xxxxx (insert date that is five days after date of letter), you may send your original receipts and/or other adequate proof of payment to the following address for reimbursement:

> DaimlerChrysler Customer Center
> P.O. Box 21-8004
> Auburn Hills, MI 48321-8004

The enclosed "Owner Reimbursement Questions and Answers" may answer some questions you may have about the reimbursement program.

Please help us update our records, by filling out the enclosed prepaid postcard, if any of the conditions listed on the card apply to you or your vehicle. Be sure to print the last eight characters of your VIN (xxxxxxxx) and notification code E-YY on the postcard.

Please keep this letter with your vehicle's other warranty information for future reference if necessary.

Sincerely,
DAIMLERCHRYSLER CORPORATION
Enclosure: Owner Reimbursement Questions and Answers

# APPENDIX A - ATTACHMENT 3
# (INFORMATION CHANGE CARD)

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 9941 DETROIT, MI

POSTAGE WILL BE PAID BY ADDRESSEE

63-05-0032 (5/04)

**VIN** (Last 8 Characters of Vehicle Identification Number)

Notification Code (Shown on Bottom of Letter)

This service was previously performed on my vehicle (check one if applicable):
☐ My vehicle was inspected and found to be ok.
☐ My vehicle was repaired.

This vehicle was (check one if applicable):
☐ scrapped          ☐ stolen          ☐ exported

This vehicle was sold to (check one if applicable):
☐ A dealer, or someone whose name and address is unknown.
☐ Someone other than a dealer (type or print the new owner's name and address below).

Date of sale: _____

Updated name and address (type or print the new owner's name and address or your new name and/or address if it has changed):

Owner's title (check one if applicable):
☐ Mr.        ☐ Miss      ☐ Mr. & Mrs.      ☐ Dr.
☐ Mrs.      ☐ Ms.        ☐ Rev.            ☐ Business

First Name _____ MI _____

Last Name _____

Street Address _____

_____

City _____

State _____ Zip Code _____

## APPENDIX A - ATTACHMENT 4A
## (WARRANTY BULLETIN)

**WARRANTY PLANNING AND ADMINISTRATION**

**TO:**         Dealer Principal, Service Mgr., and Claims Admin. Mgr.

**SUBJECT:**    Catalytic Converter Warranty Coverage Extension for Select 1996–1999 MY
                Jeep® and Dodge Trucks Equipped with the Original Design Catalytic Converter

**NO:**         D-05-x

**DATE:**       October 2005

**FOR:**        Dealers


**PURPOSE:**

To announce the Catalytic Converter Warranty Extension for vehicles equipped with the Original
Design Catalytic Converter, as referenced below:

| Model Year | Vehicle |
|---|---|
| 1996 | 2.5L Jeep® Cherokee (XJ) |
| 1996 | 3.9L Dodge Ram Van/Wagon (AB) |
| 1996 | 3.9L Dodge Ram Pickup Truck (BR) |
| 1996 | 5.2L Dodge Ram Pickup Truck (BR) |
| 1996 | 5.9L (EML) Dodge Ram Pickup Truck (BR) |
| 1997 | 3.9L Dodge Ram Van/Wagon (AB) |
| 1997 | 3.9L Dodge Dakota (AN) |
| 1997 | 3.9L Dodge Ram Pickup Truck (BR) |
| 1998 | 3.9L Dodge Ram Pickup Truck (BR) |
| 1999 | 3.9L Dodge Dakota (AN) |
| 1999 | 5.2L Dodge Ram Pickup Truck (BR/BE) |

**BACKGROUND:**

The Original Design Catalytic Converter warranty has been extended to 10 years or 120,000
miles from the date the vehicle was placed in service, or one year from the date of the Vehicle
Owner Notification letter.  The coverage that is most favorable to the customer will apply.

In addition, if within 2 years of the date of the Owner Notification Letter,  the vehicle fails either
a California SMOG or Emissions Inspection and Maintenance (I/M) tailpipe test due to a
defective catalytic converter, or an OBD test with a catalyst efficiency code (P0420), the

customer will be eligible for replacement of the catalytic converter free of charge. The customer is required to present a copy of the test failure at the time the vehicle is presented for service to receive a new catalytic converter.

These extensions apply to the vehicle regardless of ownership. Repairs must be made within sixty days of vehicle presentation. Replacement of the catalytic converter will be covered as a warranty expense. This service does not include the replacement of other exhaust system components. If other exhaust system components require replacement, the associated repair costs are the customer's responsibility. VIP should be used to determine whether the vehicle to be serviced has an Original Design Catalytic Converter.

**TIMING:**
Effective Immediately

**ACTION:**
A generic copy of the customer letter can be found in DealerCONNECT eFiles>Service>Warranty>Glove Box Materials>2005. A list of reimbursement questions and answers is included with the customer letter. Please print and include a copy of this letter in the glove box package of any involved vehicle currently in your new or used vehicle inventory.

Service Bulletin # xx-xxx-xx, dated xxxx has been released to assist all dealers in the proper diagnosis and replacement of an original design catalytic converter if it exhibits the condition described in the service bulletin. All technicians should familiarize themselves with this bulletin before diagnosing or repairing any vehicle.

The Global Claim System (GCS) will only honor the extended coverage on the labor operations numbers referenced in the service bulletin.

**ADDITIONAL INFORMATION:**
Owners who previously experienced Original Design Catalytic Converter failure and paid to have it repaired within the extended warranty period but before issuance of the Vehicle Owner Notification letter may be eligible for reimbursement. To request reimbursement the vehicle owner should include the original paid receipt (keeping a copy for their records) and/or other adequate proof of payment including the vehicle identification number (VIN) to the following address for reimbursement consideration:

> DaimlerChrysler
> P.O. Box 21-8004
> Auburn Hills, Michigan  48321-8004

Customers with questions or concerns about this issue are being asked to contact their dealership. In the event further assistance is necessary they may call the DaimlerChrysler Customer Assistance Center, toll free at 1-800-992-1997. Please ensure that all affected dealership personnel are aware of this bulletin.

-2-

# APPENDIX A - ATTACHMENT 4B
# (WARRANTY BULLETIN)

## WARRANTY PLANNING AND ADMINISTRATION

**TO:**       Dealer Principal, Service Mgr., and Claims Admin. Mgr.

**SUBJECT:**  Catalytic Converter Warranty Coverage Extension for non-California Certified
2000MY Heavy-Duty Dodge Trucks Equipped with the Original Design Catalytic
Converter

**NO:**       D-05-x

**DATE:**     October 2005

**FOR:**      Dealers

## PURPOSE:

To announce the Catalytic Converter Warranty Extension for vehicles equipped with the Original
Design Catalytic Converter, as referenced below:

| Model Year | Vehicle |
| --- | --- |
| 2000 | 5.9L (EMM) Heavy-Duty Dodge Ram Pickup Truck (BR/BE) (NAA) |
| 2000 | 8.0L Heavy-Duty Dodge Ram Pickup Truck (BR/BE) (NAA) |

## BACKGROUND:

The Original Design Catalytic Converter warranty has been extended for one year from the date
referenced on the Vehicle Owner Notification letter.

This extension applies to the vehicle regardless of ownership. Repairs must be made within sixty
days of vehicle presentation. Replacement of the catalytic converter will be covered as a
warranty expense. This service does not include the replacement of other exhaust system
components. If other exhaust system components require replacement, the associated repair costs
are the customer's responsibility. VIP should be used to determine whether the vehicle to be
serviced has an Original Design Catalytic Converter.

## TIMING:

Effective Immediately

**ACTION:**

A generic copy of the customer letter can be found in DealerCONNECT eFiles>Service>Warranty>Glove Box Materials>2005.  A list of reimbursement questions and answers is included with the customer letter.  Please print and include a copy of this letter in the glove box package of any involved vehicle currently in your new or used vehicle inventory.

Service Bulletin # xx-xxx-xx, dated xxxx has been released to assist all dealers in the proper diagnosis and replacement of an original design catalytic converter if it exhibits the condition described in the service bulletin.  All technicians should familiarize themselves with this bulletin before diagnosing or repairing any vehicle.

The Global Claim System (GCS) will only honor the extended coverage on the labor operations numbers referenced in the service bulletin.

**ADDITIONAL INFORMATION:**

Owners who previously experienced Original Design Catalytic Converter failure and paid to have it repaired within the extended warranty period but before issuance of the Vehicle Owner Notification letter may be eligible for reimbursement.  To request reimbursement the vehicle owner should include the original paid receipt (keeping a copy for their records) and/or other adequate proof of payment including the vehicle identification number (VIN) to the following address for reimbursement consideration:

> DaimlerChrysler
> P.O. Box 21-8004
> Auburn Hills, Michigan  48321-8004

Customers with questions or concerns about this issue are being asked to contact their dealership. In the event further assistance is necessary they may call the DaimlerChrysler Customer Assistance Center, toll free at 1-800-992-1997.

Please ensure that all affected dealership personnel are aware of this bulletin.

# APPENDIX A - ATTACHMENT 5A
# (TECHNICAL SERVICE BULLETIN)

### Service Bulletin – Catalytic Converter Extended Warranty

**SUBJECT:** Catalytic Converter Extended Warranty

**OVERVIEW:** This Bulletin involves inspecting and if necessary replacing the catalytic converter.

Note: The Original Design Catalytic Converter warranty has been extended to 10 years/120,000 miles, or until [date certain = twelve months after date of Vehicle Owner Notification Letter], whichever is longer. Additionally, in states that require SMOG or I/M testing, replacement of the catalytic converter due to certain test failures will be covered as a warranty expense. Vehicles that according to warranty records have already had the catalytic converter replaced with an improved service part have been excluded from this extended warranty.

## MODELS:

1996 2.5L Jeep® Cherokee (XJ)
1996 3.9L Dodge Ram Van/Wagon (AB) and Dodge Ram Pickup (BR)
1996 5.2L Dodge Ram Pickup (BR)
1996 5.9L (EML) Dodge Ram Pickup (BR)
1997 3.9L Dodge Ram Van/Wagon (AB), Dodge Dakota (AN) and Dodge Ram
      Pickup (BR)
1998 3.9L Dodge Ram Pickup (BR)
1999 3.9L Dodge Dakota (AN)
1999 5.2L Dodge Ram Pickup (BR/BE)

## SYMPTOM/CONDITION:

The vehicle may have an illuminated MIL as the result of a Diagnostic Trouble Code (DTC) P0420 – Catalyst Efficiency, or may have failed a California SMOG or state I/M test but without an illuminated MIL, or the vehicle operator may describe a rattling sound from the underside of the vehicle.

## DIAGNOSIS:

1.     Verify the vehicle is covered by the Extended Warranty.
2.     If the vehicle has a MIL illuminated as a result of Diagnostic Trouble Code (DTC) P0420 - Catalyst Efficiency or if it has failed an I/M or SMOG check and has no MIL illuminated, perform the Repair Procedure.
3.     If the vehicle operator describes a rattling sound from the underside of the vehicle, perform the following "thump" test to determine if the catalyst substrate is "loose" or "rattling" inside the can.

A.    Raise the vehicle on a hoist and with the vehicle properly secured, identify a solid surface on the body of the catalytic converter to strike from the **underside.** (Note: Avoid striking a heat shield as the heat shield itself may be rattling). If there is a skid plate in the way, choose a solid connecting pipe close to the converter body to strike.

B.    Strike (thump) the surface identified above using a sharp blow from an appropriate rubber mallet.

C.    Loose ceramic cores (substrates) in converter shells have a distinct "rattling" sound when struck by a mallet. The sound is like a masonry brick rattling inside a metal can. (Note: This rattling sound is NOT a resonant sound that would be consistent with loose metal to metal exhaust pipe or hanger connections).

D.    Other sources of rattle noises, such as loose exhaust connections, muffler parts, or any other part of the exhaust system, should be eliminated by holding the connecting pipes and the muffler while thumping the converter. This will isolate potentially interfering noises.

E.    If the results of the inspection are positive, and a "rattling" noise is detected, replace the catalytic converter.

### *REPAIR PROCEDURE:*

1.    Replace the catalytic converter. Refer to the service information available in TechCONNECT. Reference: Service Info, 11 – Exhaust – Catalytic Converters – Removal and Installation.

### *POLICY:*

Reimbursable within the provisions of the extended warranty period of 10 years/120,000 miles or until (*date1*), whichever is longer, or for certain I/M test failures. Refer to Warranty Bulletin D-X-XX for complete details. This service does not include the replacement of other exhaust system components. If other exhaust system components require replacement, the associated repair costs are the customer's responsibility.

### *TIME ALLOWANCE:*

[XXXX]

### *FAILURE CODE:*

[XXXXX]

# APPENDIX A - ATTACHMENT 5B
# (TECHNICAL SERVICE BULLETIN)

### *Service Bulletin – Catalytic Converter Extended Warranty*

**SUBJECT:**       Catalytic Converter Extended Warranty

**OVERVIEW:**    This Bulletin involves inspecting and if necessary replacing the catalytic converter.

Note: The Original Design Catalytic Converter warranty has been extended to [date certain = twelve months after date of Vehicle Owner Notification Letter]. Vehicles that according to warranty records have already had the catalytic converter replaced with an improved service part have been excluded from this extended warranty.

## *MODELS:*

2000 5.9L (EMM) Heavy Duty Dodge Ram Pickup (BR/BE)(NAA)
2000 8.0L Heavy Duty Dodge Ram Pickup (BR/BE)(NAA)

## *SYMPTOM/CONDITION:*

The vehicle operator may describe a rattling sound from the underside of the vehicle.

## *DIAGNOSIS:*

1.    Verify the vehicle is covered by the Extended Warranty.
2.    If the vehicle operator describes a rattling sound from the underside of the vehicle, perform the following "thump" test to determine if the catalyst substrate is "loose" or "rattling" inside the can.

     A.    Raise the vehicle on a hoist and with the vehicle properly secured, identify a solid surface on the body of the catalytic converter to strike from the underside. (Note: Avoid striking a heat shield as the heat shield itself may be rattling). If there is a skid plate in the way, choose a solid connecting pipe close to the converter body to strike.

     B.    Strike (thump) the surface identified above using a sharp blow from an appropriate rubber mallet.

     C.    Loose ceramic cores (substrates) in converter shells have a distinct "rattling" sound when struck by a mallet. The sound is like a masonry brick rattling inside a metal can. (Note: This rattling sound is NOT a resonant sound that would be consistent with loose metal to metal exhaust pipe or hanger connections).

     D.    Other sources of rattle noises, such as loose exhaust connections, muffler parts, or any other part of the exhaust system, should be eliminated by holding the connecting pipes and the muffler while thumping the converter. This will isolate potentially interfering noises.

     E.    If the results of the inspection are positive, and a "rattling" noise is detected, replace the catalytic converter.

*REPAIR PROCEDURE:*

1.    Replace the catalytic converter.  Refer to the service information available in TechCONNECT.  Reference: Service Info, 11 – Exhaust – Catalytic Converters – Removal and Installation.

*POLICY:*

Reimbursable within the provisions of the extended warranty period of 12 months, which expires on (date certain = one year from the date of Owner notification). This service does not include the replacement of other exhaust system components.  If other exhaust system components require replacement, the associated repair costs are the customer's responsibility.
**Refer to Warranty Bulletin D-X-YY for complete details.**

*TIME ALLOWANCE:*

[XXXXX]

*FAILURE CODE:*

[XXXXX]

-4-

# APPENDIX B

## OBD RECALL AND CATALYST INSPECTION
## AND REPLACEMENT PROGRAM

DCC shall implement an OBD Recall Program as follows:

1.    Recall Vehicles: The following vehicles ("Recall Vehicles") shall be included in the recall for the repair of the OBD system for threshold and empty-can detection and for the inspection and, if necessary, replacement of the Original Design Catalytic Converter:

Model Year
| | |
|---|---|
| 1996 | 4.0L Jeep® Cherokee (XJ) and Grand Cherokee (ZJ) |
| 1997 | 2.5L Jeep® Wrangler (TJ) (built July 1996 and later), Cherokee (XJ), and Dodge Dakota (AN) |
| 1998 | 2.5L Jeep® Wrangler (TJ), Cherokee (XJ), and Dodge Dakota (AN) |

2.    OBD Repair. As part of the recall of the Recall Vehicles, DCC shall reflash the Powertrain Control Module ("PCM") as necessary to enable the OBD system to detect a Catalytic Converter malfunction and to illuminate the MIL if the Catalytic Converter performance causes vehicle emissions to exceed the threshold limits ("OBD threshold detection") specified in:

    a.    40 C.F.R. § 86.094-17 and 40 C.F.R. § 86.098-17; or

    b.    California Code of Regulations, Title 13, Section 1968.1;

as applicable. DCC shall instruct its employees or contractors assigned to develop the PCM reflash to determine whether the same software and calibrations are also capable of detecting an Empty Can Catalyst, and if so, to use reasonable efforts and good engineering judgment to enable the PCM reflash to illuminate the MIL upon detection of an Empty Can Catalyst. DCC's instructions to its employees or contractors shall further provide that, if a determination is made that the PCM reflash will not detect an Empty Can Catalyst, then the employees or contractors

shall assess, using good engineering judgment, whether further calibration modifications would likely enable the PCM reflash to detect an Empty Can Catalyst, and if so, to undertake one attempt to modify the calibrations to do so and to illuminate the MIL upon detection of an Empty Can Catalyst. If that one attempt is not successful, then the PCM reflash shall instead include the modifications described in Paragraph 3 of this Appendix B. The OBD system as modified by the PCM reflash (except where Empty Can Detection cannot be achieved) shall comply with the applicable OBD II regulations. DCC shall complete any necessary design and testing of the required modifications, repair, or replacement for the Recall Vehicles in accordance with the following schedule: (I) for the 1996 4.0L Jeep® Cherokee (XJ), by April 30, 2006; (ii) for the 1996 4.0L Jeep® Grand Cherokee (ZJ), by April 30, 2006; and (iii) for all other Recall Vehicles, by September 15, 2006. Not later than ten days prior to these deadlines, DCC may, for good cause shown, petition EPA for an extension of time in which to complete these design and testing requirements, the timely approval of which EPA shall not unreasonably withhold, provided, however, that no such deadline shall be extended beyond March 31, 2007.

3.    OBD Modifications on Vehicles Where Empty Can Detection Is Not Available. For those Recall Vehicles receiving a PCM reflash that does not achieve Empty-Can Detection pursuant to Paragraph 2 of this Appendix B, the PCM reflash shall include modifications to the OBD system such that a MIL illuminated as a result of OBD threshold detection will remain illuminated (or will re-illuminate within two engine starts when a disconnected battery is reconnected), and a fault code stored as a result of OBD threshold detection will remain stored, until the OBD fault code memory is cleared consistent with the applicable OBD II regulations.

4.    Testing and Evaluation Report. No later than thirty days after the relevant

-2-

deadline set forth in Paragraph 2 of Appendix B, DCC shall submit to the United States a

statement describing in detail, with respect to each class or category of Recall Vehicles, the

modifications to the OBD system that will be installed on the vehicles to implement OBD

threshold detection and to implement either Empty Can Detection or, if applicable, the OBD

Modifications required pursuant to Paragraph 3 of this Appendix B. The statement shall include

a detailed report of the testing conducted pursuant to Paragraph 2, including all data, results, and

analysis supporting DCC's determination that the PCM reflash will not achieve Empty Can

Detection and, in addition, the impact, if any, on fuel consumption, safety, and driveability.

     5.    Catalyst Inspection and Replacement. As part of the OBD Recall Program, DCC

shall inspect the Original Design Catalytic Converter in accordance with the thump test set forth

in the Technical Service Bulletin (Attachment 5A or 5B to Appendix A). DCC shall replace the

Original Design Catalytic Converter on each OBD Recall Vehicle if the results of the thump test

are positive.

     6.    Additional Warranty on Recall Vehicle Catalytic Converters. The warranty period

for the Catalytic Converter installed on each of the Recall Vehicles shall be the later of: (a) eight

years or 80,000 miles, whichever is first, from the date the vehicle was placed in service; or (b)

twelve months or 12,000 miles, whichever is first, from the date the recall service is performed.

     7.    Reimbursement for Unpaid Expenses of Repair Covered by Additional Warranty.

DCC shall reimburse all reasonable expenses, including the costs of parts and labor for

inspection and repair of the Catalytic Converter, to any Recall Vehicle owner who previously

paid for a repair involving replacement of the catalyst after the expiration of the original eight

year/80,000 mile warranty period but before receiving the Owner Notification Letter pursuant to

this Appendix B. DCC shall establish reimbursement procedures for processing reimbursement claims under this Appendix B in the same manner and within the same time periods as set forth in Appendix A to this Consent Decree.

8.      DCC shall send copies of letters to the United States, maintain records, and submit reports regarding the OBD Recall Program in the manner specified in Appendix A.

9.      Notification to vehicle owners shall be made by first class mail. The notification of vehicle owners shall be in the form set forth in Attachment 1 to this Appendix B and shall be accompanied by a postage-prepaid card to be used by a vehicle owner in the event the vehicle to be recalled has been sold, retired, or otherwise removed from service, in the form attached as Attachment 2 to this Appendix B.

10.     DCC shall take appropriate steps to locate vehicle owners, including obtaining motor vehicle registration lists as available from State or commercial sources, as necessary to obtain the names and addresses of vehicle owners to ensure an effective notification.

11.     EPA may require DCC to send a subsequent notification to vehicle owners by first class mail.

12.     DCC shall arrange under its existing agreements with DCC Dealers or authorized repair facilities to ensure that vehicles brought to such facilities in response to the recall are retrofitted with OBD modifications required by this Consent Decree. DCC shall give notice to such repair facilities that any reinstallation of OBD system software or calibrations not including the OBD modification required by this Decree will be regarded by EPA as tampering under the Clean Air Act that could subject the repair facility to penalties of up to $2,500 per violation.

-4-

# APPENDIX B - ATTACHMENT 1
# (OWNER NOTIFICATION LETTER)

## EMISSIONS RECALL—REPROGRAM OF THE POWERTRAIN CONTROL MODULE AND INSPECTION OF THE CATALYTIC CONVERTER

Dear (Owner Name):

The Administrator of the U.S. Environmental Protection Agency has determined that certain 1996 model year Jeep® Cherokee and Grand Cherokee vehicles equipped with a 4.0 liter engine and certain 1997 and 1998 Jeep® Wrangler and Cherokee vehicles, and Dodge Dakota pickup trucks equipped with a 2.5 liter engine require modification in order to comply with requirements of the Clean Air Act designed to protect public health and welfare. DaimlerChrysler Corporation (DCC) has determined that the modifications required by EPA will improve the vehicle's ability to monitor the performance of the emission control system and may reduce the emission of pollutants that are regulated by EPA under the Clean Air Act. Because DCC has achieved this improved emissions system monitoring without compromising the safety or driveability of your vehicle, EPA and DCC strongly encourage you to bring your car to a dealer to perform the modification.

|  |  |
|---|---|
| *The problem is:* | The Powertrain Control Module (PCM) on your vehicle (VIN xxxxxxxxxxxxxxxxx) contains software that may not be capable of detecting a deteriorating catalyst. This can result in failure to illuminate the On-Board Diagnostic (OBD) malfunction indicator light (MIL) warning the customer of a potential problem. Also, under certain conditions, some catalytic converters may be subject to mechanical degradation that causes them to rattle. This catalytic converter degradation eventually could result in higher exhaust emission levels and the illumination of the MIL. |
| *What your dealer will do:* | DaimlerChrysler will repair your vehicle free of charge (parts and labor). To do this, your dealer will reprogram your vehicle's Powertrain Control Module. The work will take about an hour to complete. However, additional time may be necessary depending on how dealer appointments are scheduled and processed. Your dealer will also inspect your vehicle's catalytic converter. If the catalyst is found to be "rattling" or loose, the dealer will replace it free of charge (parts and labor). |

NOTE: This recall does not include the replacement of other exhaust system components. If other exhaust system components require replacement, the associated repair costs are your responsibility.

Your catalytic converter warranty period will be: (A) eight years or 80,000 miles from the vehicle's original in-service date; or (B) twelve months or 12,000 miles from the date your recall service is performed, whichever of (A) or (B) is later.

*What you must*    Simply contact your dealer right away to schedule a service appointment.
*do:*

*If you need*    If you have questions or concerns which your dealer is unable to resolve,
*help*    please contact DaimlerChrysler at 1-800-853-1403.

Please help us update our records, by filling out the enclosed prepaid postcard, if any of the conditions listed on the card apply to you or your vehicle. Be sure to print the last eight characters of your VIN (xxxxxxxx) and notification code E-YY on the postcard.

If you paid for a repair involving the replacement of the catalyst after the expiration of the original eight year/80,000 mile warranty period but before receiving this Owner Notification Letter, you may send your original receipts and/or other adequate proof of payment to the following address for reimbursement:

> DaimlerChrysler Customer Center
>
> P.O. Box XXXXX
>
> XXXXX

In order to ensure your full protection under the emission warranty made applicable to your vehicle by federal and/or California law and your right to participate in future recalls, it is recommended that you have your vehicle serviced as soon as possible. Failure to do so could legally be determined to be a lack of proper maintenance of your vehicle. Further, without this repair, your vehicle may fail a state or local emission inspection test.

We apologize for any inconvenience but trust you understand our interest in clean air. Thank you for your attention to this important matter.

Additional Information on Reverse Side for California Residents

*If you live in California and don't have this recall performed:*

The State of California requires the completion of emission recall repairs prior to vehicle registration renewal. In addition, the State requires that every vehicle must pass a vehicle inspection or SMOG check every two years and before it is sold. Without the free service we are providing, your vehicle may be more likely to fail this test and require that you make costly repairs.

*How the state knows that the recall has not been performed:*

State of California regulations require DaimlerChrysler to provide the Department of Motor Vehicles with a record of all vehicles that have not had the recall service performed.

Your dealer will provide you with a Vehicle Emission Recall Proof of Correction Form after the recall service is performed. Be sure to save this form since the California Department of Motor Vehicles may require that you supply it as proof that the recall has been performed.

# APPENDIX B - ATTACHMENT 2

# (OWNER INFORMATION CHANGE CARD)

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 9941  DETROIT, MI

POSTAGE WILL BE PAID BY ADDRESSEE

RECALL ADMINISTRATION 482-00-B5
PO BOX 218008
AUBURN HILLS MI 48321-9959

83-005-0052 (8/04)

**VIN** (Last 8 Characters of Vehicle Identification Number)

Notification Code (Shown on Bottom of Letter)

This service was previously performed on my vehicle (check one if applicable):
☐ My vehicle was inspected and found to be ok.
☐ My vehicle was repaired.

This vehicle was (check one if applicable):
☐ scrapped     ☐ stolen     ☐ exported

This vehicle was sold to (check one if applicable):
☐ A dealer, or someone whose name and address is unknown.
☐ Someone other than a dealer (type or print the new owner's name and address below).

Date of sale: _____

Updated name and address (type or print the new owner's name and address or your new name and/or address if it has changed):

Owner's title (check one if applicable):
☐ Mr.     ☐ Miss     ☐ Mr. & Mrs.     ☐ Dr.
☐ Mrs.    ☐ Ms.      ☐ Rev.           ☐ Business

First Name _____ MI _____

Last Name _____

Street Address _____

City _____

State _____ Zip Code _____

# APPENDIX B – ATTACHMENT 3
# (DEALER NOTIFICATION LETTER)

[Month, Year]

**Dealer Service Instructions for:**          **Emissions Recall Exx—Reprogram PCM and Inspect**
**Catalytic Converter**

*MODELS*

**1996**                          **(XJ) Jeep® Cherokee**
                                  **(ZJ) Jeep® Grand Cherokee**

*NOTE: This recall applies only to the above vehicles equipped with a 4.0L (ERH) engine.*

**1997–1998**                     **(AN) Dodge Dakota**
                                  **(TJ) Jeep® Wrangler** (built after June 30, 1996)
                                  **(XJ) Jeep® Cherokee**

*NOTE: This recall applies only to the above vehicles equipped with a 2.5L (EPE) engine.*

*SUBJECT*

The Powertrain Control Module (PCM) on about xxx,xxx of the above vehicles may not be capable of detecting a deteriorating catalytic converter. Also, under certain conditions, some catalytic converters may be subject to mechanical degradation that causes a rattle.

*REPAIR*

The Powertrain Control Module (PCM) must be reprogrammed (flashed) and the catalytic converter must be inspected and, if necessary, replaced.

*NOTE: The warranty on the catalytic converter is being extended for 12 months/12,000 miles from the date the recall service is performed.*

*PARTS INFORMATION*

To be determined.

Each vehicle requires application of the following label:

| *Part Number* | *Description* |
|---|---|
| 04275086AB | Authorized Modifications Label |

*SERVICE PROCEDURE*

**A.  Reprogram the PCM and inspect the Catalytic Converter:**

*To be determined.*

**B.  Replace Catalytic Converter if necessary:**

*To be determined.*

**C.  Install the Authorized Modifications Label:**

1. Type or print (with a ballpoint pen) the recall number, dealer code, and date on the Authorized Modifications Label (Figure 2).

2. Attach the label near the VECI label and then close the hood.



Figure 1

**D.  Complete Proof of Correction Form for California Residents:**

This recall is subject to the **State of California Registration Renewal/Emissions Recall Enforcement Program**.  Complete a Vehicle Emission Recall Proof of Correction Form (**Form No. 81-016-1053**) and **supply it to vehicle owners residing in the state of California** for proof that this recall has been performed when they renew the vehicle registration.

*COMPLETION REPORTING AND REIMBURSEMENT*

Claims for vehicles that have been serviced must be submitted on the DealerCONNECT Claim Entry Screen located on the Service tab.  Claims submitted will be used by DaimlerChrysler to record recall service completions and provide dealer payments.  Use <u>one</u> of the following labor operation numbers and time allowances:

| Labor Operation | Number | Time Allowance |
|---|---|---|
| Reprogram PCM & Inspect Catalyst | XX-XX-XX-XX | X.X hours |
| Reprogram PCM, Inspect & Replace Catalyst | XX-XX-XX-XX | X.X hours |

-2-

Add the cost of the label plus applicable dealer allowance to your claim.

*NOTE: See the Warranty Administration Manual, Recall Claim Processing Section, for complete recall claim processing instructions.*

## DEALER NOTIFICATION

All dealers will receive a copy of this dealer recall notification letter by mail. Two additional copies will be sent through the DCMMS. This notification can be viewed on DealerCONNECT by selecting "Global Recall System" on the Service tab, then clicking on the description of this notification.

## OWNER NOTIFICATION AND SERVICE SCHEDULING

All involved vehicle owners known to DaimlerChrysler are being notified of the service requirement by first class mail. They are requested to schedule appointments for this service with their dealers. A generic copy of the owner letter is attached. Enclosed with each owner letter is an Owner Notification postcard to allow owners to update our records if applicable.

## VEHICLE LISTS, GLOBAL RECALL SYSTEM, VIP AND DEALER FOLLOW UP

All involved vehicles have been entered into the DealerCONNECT Global Recall System (GRS) and Vehicle Information Plus (VIP) for dealer inquiry as needed.
GRS provides involved dealers with an updated VIN list of their incomplete vehicles. The owner's name, address and phone number are listed if known. Completed vehicles are removed from GRS within several days of repair claim submission.
To use this system, click on the **"Service"** tab and then click on **"Global Recall System."** Your dealer's VIN list for each recall displayed can be sorted by: those vehicles that were unsold at recall launch, those with a phone number, city, zip code, or VIN sequence.
**Dealers must perform this repair on all unsold vehicles *before* retail delivery.** Dealers should also use the VIN list to follow up with all owners to schedule appointments for this repair.
*Recall VIN lists may contain confidential, restricted owner name and address information that was obtained from the Department of Motor Vehicles of various states. Use of this information is permitted for this recall only and is strictly prohibited from all other use.*

## ADDITIONAL INFORMATION

If you have any questions or need assistance in completing this action, please contact your Service and Parts District Manager.

**Customer Services Field Operations**
DaimlerChrysler Corporation

-3-

## APPENDIX C

## OWNER NOTIFICATION PROGRAM

1.    Vehicles Included in the Owner Notification Program. The following vehicles (the "Owner Notification Vehicles") shall be included in the Owner Notification Program:

Model Year
1999    3.9L Dodge Ram Van/Wagon (AB) and Dodge Ram Pickup Truck (BR)
1999    5.2L Dodge Ram Van/Wagon (AB) and Dodge Dakota (AN)
1999    5.9L (EML) Dodge Ram Van/Wagon (AB), Dodge Dakota (AN), and Dodge Ram Pickup Truck (BR/BE)
2001    5.9L (EMM) Heavy-Duty Dodge Ram Pickup Truck (BR/BE)
2001    8.0L Heavy-Duty Dodge Ram Pickup Truck (BR/BE)

2.    Notice Program. DCC shall send a letter by first-class mail to owners of Owner Notification Vehicles as set forth in Attachment 1 to this Appendix C within thirty days of the Effective Date of the Consent Decree.

3.    Owner Identification. DCC shall send an Owner Notification Letter to the current owner of each of the Owner Notification Vehicles. DCC shall identify current vehicle owners and their addresses by use of commercial services, such as R.L. Polk Company, or other customary practices in the industry to locate vehicle owners. DCC shall make diligent effort to identify the proper address and resend any letters returned as undeliverable.

4.    Copies, Maintenance of Records, and Reporting. DCC shall send representative copies of letters to the United States, maintain records, and submit reports regarding the status of the Vehicle Owner Notification Program, in the manner specified in Appendix A, Paragraphs 17, 18.a, 18.b, 19.a, 20, and 21. However, the written report on the status of the Vehicle Owner Notification Program shall include, but is not limited to, the number of letters sent to owners and the number returned as undeliverable or as addressee no longer at that address.

# APPENDIX C - ATTACHMENT 1
# (OWNER NOTIFICATION LETTER)

### CATALYTIC CONVERTER WARRANTY

Dear (owner name):

As required by federal law, the warranty period on your vehicle's catalytic converter is [relevant warranty period], whichever occurs first.

Pursuant to a settlement with the United States Environmental Protection Agency, DaimlerChrysler is reminding you of the catalytic converter warranty period for your vehicle (VIN: xxxxxxxxxxxxxxxxx) because under certain conditions some catalytic converters may be subject to mechanical degradation that will produce a "rattling" sound. This catalytic converter degradation could eventually result in higher exhaust emission levels and the illumination of the "check engine" light.

If your vehicle, within the warranty period, develops a "rattling" sound from the underside or fails a State Inspection and Maintenance check or California SMOG test due to a defective catalytic converter, simply contact your dealer. The catalytic converter will be inspected and replaced if necessary, free of charge (parts and labor). If you have any questions or concerns which your dealer is unable to resolve, please contact DaimlerChrysler at 1-800-992-1997.

Please keep this letter with your vehicle's other warranty information for future reference if necessary.

Sincerely,

DAIMLERCHRYSLER CORPORATION

# APPENDIX D

## SUPPLEMENTAL EMISSION-RELATED DEFECT MONITORING AND REPORTING PROTOCOL

1.    General Provisions.  In addition to complying with all applicable federal and state

laws regarding reporting of emission-related defects, including 40 C.F.R. Part 85, Subpart T, DCC

shall, within thirty days from the Effective Date of the Consent Decree, supplement its existing

emission-related defect monitoring and reporting procedures with the following Supplemental

Emission-Related Defect Monitoring and Reporting Protocol.  Nothing in this Appendix shall be

construed to supersede the Settlement Agreement entered into by EPA and DCC dated

November 19, 2002 (AED/MSEB No. 6093).

2.    Requirement to submit an Emission Warranty Information Report.

      a.    Beginning with Model Year 2006 vehicles, DCC shall review national

warranty claim records for each engine family or test group on a quarterly basis to determine and

compile by cumulative total the number of claims made for emission-related components.  The

data compiled shall be based on all warranty claims, without any pre-screening of data as to the

validity of the claims, except for the elimination of duplicate claims.

      b.    DCC shall categorize warranty claims for each engine family or test group

by the specific emission control component replaced or repaired.

      c.    On the basis of data obtained, DCC shall submit to EPA an Emission

Warranty Information Report ("EWIR") for each quarter when the cumulative number of

unscreened warranty claims for a specific emission-related component or repair represent at least

one percent or twenty five (whichever is greater) of the vehicles or engines of an engine family or

test group.

d.     The emission warranty information report shall contain the following information in substantially the format outlined below:

i.     A description of each class or category of vehicles or engines affected by a warranty replacement or warranty repair of a specific emission-related component, including model year and engine family or test group.

ii.     The number and percentage of vehicles or engines in each engine family or test group for which a warranty replacement or warranty repair of a specific emission-related component was identified.

iii.     A short description of the specific emission-related component that was replaced or repaired under warranty.

b.     An EWIR shall be submitted not more than twenty-five Working Days after the close of a calendar quarter.  Subsequent to the submission of an EWIR, DCC shall submit to EPA quarterly reports updating the number and percentage of emission-related warranty claims with the most recent information, unless a recall has been implemented.  For purposes of this Appendix D, "Working Days" means a calendar day on which DCC is open for business.

c.     The warranty claim records upon which each EWIR is based shall be made available to EPA upon request.

3.     Requirement to submit a Field Information Report.

a.     On the basis of data obtained and reported pursuant to Paragraph 2 of this Appendix D, DCC shall submit to EPA a Field Information Report ("FIR") not more than forty-five Working Days after an EWIR indicates that a cumulative total of unscreened national

-2-

warranty claims for a specific emission related component in an engine family or test group is

found to exist in excess of four percent or fifty (whichever is greater) of the vehicles, unless DCC

has committed to perform a recall by notifying the EPA of its intent in writing. A recall plan must

be submitted within forty-five days of that notice.

      b.    The FIR shall contain the following information in substantially the format

outlined below:

      i.    A Field Information Report number assigned by DCC which shall

be used in all related correspondence.

      ii.    A description of each class or category of vehicles or engines

affected including make, model, model-year, engine family or test

group, and such other information as may be required to identify the

vehicles or engines affected. The description shall include those

engine families or test groups related to the affected engine family

or test group through common certification test data allowed under

40 C.F.R. § 86.1839-01, as adopted May 4, 1999 ("carry-over" and

"carry-across" engine families or test groups).

      iii.    A description of the emission-related component that failed or was

replaced or repaired under warranty, the failure and the probable

cause of the failure.

      iv.    The number and percentage of vehicles or engines in each engine

family or test group for which a failure of a specific emission-

related component was identified.

-3-

v.   The total number and percentage of unscreened warranty claims and failures of a specific emission related component projected to occur during the engine family's or test group's useful life and a description of the method used to project this number.

vi.   An estimated date when the failure of a specific emission-related component will reach four percent or fifty (whichever is greater) within an engine family or test group based on national warranty data screened for claims validity.

4.   Requirement to submit an Emissions Information Report.

a.   When the failure of a specific emission-related component exceeds four percent or fifty (whichever is greater) within an engine family or test group based on national warranty data screened for claims validity, DCC shall submit to EPA an Emissions Information Report ("EIR"). DCC shall submit this report regardless of whether an Emission Defect Information Report has been submitted under Paragraph 1 of this Appendix D for this specific emission-related component.

b.   No Emissions Information Report shall be required if DCC has committed to perform a recall by notifying EPA of its intent in writing. A recall plan shall be submitted within forty-five days of the DCC's notification of intent to perform a recall.

c.   The Emissions Information Report shall contain the following information in substantially the format outlined below.

-4-

i.    The Field Information Report number from which the failure was first reported, if applicable, and the Emission Defect Information Report for this component failure, if applicable.

ii.   A description of each class or category of vehicles or engines affected by the failure including make, model, model-year, engine family or test group, and such other information as may be required to identify the vehicles or engines affected.

iii.  A description of the emission-related component that failed, the failure and the probable cause of failure.

iv.   A description of any driveability problems or impact on other vehicle or engine performance factors such as fuel economy and cold starting likely to result from the failure.

v.    A description of how emissions will be affected in the vehicles or engines due to the failure.

vi.   A description of how emissions will be affected over the useful life of the vehicles due to the failure.

vii.  If DCC has decided not to conduct a recall with respect to the emission-related component that failed, a statement of the basis for DCC's decision.

## APPENDIX E

## SUPPLEMENTAL ENVIRONMENTAL PROJECT

1.    DCC shall implement a supplemental environmental project ("SEP") in accordance with the criteria, terms and procedures specified in this Appendix E. The SEP shall be designed to reduce diesel emissions from heavy-duty diesel powered motor vehicles and nonroad equipment, and shall meet the criteria set forth in Paragraph 8.

2.    DCC may carry out its SEP responsibilities directly or through contractors selected by DCC. DCC may consult EPA on selection of a contractor or contractors, but the decision to select any contractor will be DCC's right and responsibility, and is not subject to EPA approval. DCC shall ensure that all contractor costs related to the SEP are reasonable and necessary for the completion of the SEP.

3.    DCC shall spend a total of $3 million to implement the SEP. If DCC does not receive acceptable proposals for the SEP sufficient to expend the total amount, or if a participating fleet drops out, DCC shall consult with the United States on an alternative SEP or SEPs for the remaining amount. Costs incurred for internal DCC personnel, or by entities in which DCC has a financial interest, for the development and oversight of the SEP may not be credited toward the $3 million spending requirement. Parts and equipment provided by entities in which DCC has a financial interest may be credited toward the $3 million spending requirement.

4.    Within ninety days after the Effective Date, DCC shall submit for approval by the United States a plan for conducting the SEP ("Proposed Plan").

a.    The Proposed Plan shall include the following information: (i) a description of the SEP, including its locations; (ii) a description of how the SEP satisfies the criteria

set forth in Paragraph 8; (iii) the estimated cost of the SEP; (iv) a list of milestones in the performance of the SEP; (v) a schedule for performing the SEP, including a schedule for each milestone; and (vi) a description of the benefits that will result from the SEP, including an estimate of any emissions reductions; (vii) a copy of the contract(s) for the SEP between DCC and any contractor engaged to implement the SEP; and (viii) a sample form of the contract that DCC or its SEP contractor will use to obtain the commitment of any fleet obtaining SEP funding to:

(1)    Maintain any equipment installed in connection with the SEP during and after completion of the SEP;

(2)     use ultra low-sulfur diesel fuel with the affected vehicles and equipment during and after completion of the SEP;

(3)    the extent feasible, take steps to achieve additional emissions reduction benefits in connection with the project, such as by implementing an idle control program; and

(4)    use retrofitted vehicles and equipment in the area and for the time contemplated by the Proposed Plan;

(5)    use retrofitted vehicles and equipment at least four days per week on average, provided, however, that for vehicles operated on a seasonal basis, the four-day-per-week minimum threshold under the previous sentence shall apply during the season(s) in which the vehicles are operated.

-2-

b.    The Proposed Plan also shall include a certification that: (i) as of the date of the

Proposed Plan, neither DCC nor the owner of any vehicles to be modified or

purchased under the Proposed Plan is required (or will be required by pending

settlement or currently enacted change in the law) to take any of the actions

specified in the Proposed Plan by any federal, state, or local law or regulation, or as

injunctive relief awarded in any other action in any forum; (ii) the SEP is not a

project that DCC was planning or intending to construct, perform, or implement

other than in settlement of the claims resolved in this Decree; (iii) DCC has not

received, and is not negotiating to receive, credit for the SEP in any other

enforcement action; and (iv) DCC will not receive any reimbursement for any

portion of the SEP from any other person.

5.    The United States may approve or disapprove the Proposed Plan submitted pursuant to the

previous Paragraph. The United States may disapprove the Proposed Plan if it determines

that the SEP does not achieve the criteria set forth in this Appendix E, or does not satisfy

EPA's *Supplemental Environmental Projects Policy* (May 1, 1998). If the United States

disapproves the Proposed Plan, the United States shall provide DCC with the reason(s) for

such disapproval. DCC shall have thirty days to submit a revised Proposed Plan. Informal

dispute resolution under Section X is not available with respect to the United States'

disapproval of the Proposed Plan.

6.    DCC shall commence the SEP in accordance with the schedule set forth in the approved

Proposed Plan. DCC shall complete the SEP no later than three years after the date of

approval by the United States under the preceding Paragraph. Not later than ninety days

-3-

prior to the foregoing deadline, DCC may, for good cause shown, petition EPA for an

extension of time in which to complete the SEP, the timely approval of which EPA shall

not unreasonably withhold, provided, however, that no such deadline shall be extended

beyond five years after the date of approval by the United States of the Proposed Plan

pursuant to Paragraph 5 of this Appendix E.

7.    SEP Reports. DCC shall submit to the United States, on an annual basis and continuing

until completion of the SEP, written reports regarding DCC's performance of the SEP.

Each annual report shall include a summary of DCC's activities in performing the SEP,

and a description of any problems encountered, including durability, maintenance and

repair problems, and the resolution of such problems. The annual report for each calendar

year shall be due by January 31 of the following year. Within sixty days after completion

of the SEP, DCC shall submit a final SEP Report that includes the above information; a

certification that the SEP has been implemented in accordance with the Proposed Plan,

including approved modifications thereto; a summary of DCC's costs; documentation of

DCC's costs; and an explanation and estimate of the benefits, including emission

reductions, resulting from the SEP.

8.    SEP Criteria. The SEP shall satisfy each of the following criteria:

a.    It shall involve the retrofit or replacement of high-emitting, heavy-duty diesel

engines in vehicles or non-road equipment, with emissions control equipment to

reduce emissions of particulates and ozone precursors or new lower-emitting

engines. The replacement engines must be certified by EPA, and the retrofit

technology must be verified or certified by EPA or the State of California.

-4-

Preference shall be given to the installation of replacement engines in vehicles or non-road equipment that primarily are operated in non-attainment areas;

b.   It shall involve fleets located in geographically diverse areas.

c.   It shall not involve school buses; and

d.   It shall cover the hardware and installation costs, and may provide also for incremental maintenance costs and/or costs of repairs not covered by warranty on such hardware.